UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-1818 DSD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BENEDICT EIYNK,<br>Defendant. | ) | ORDER |

This matter comes before the Court following issuance of a bench warrant for defendant’s failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 1st day of July, 2004.

s/ J. Earl Cudd
J. EARL CUDD
United States Magistrate Judge