A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RECEIVED
JUL - 8 2004
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Benedict Eiynk,

CASE NUMBER: Civil 01-1818 DSD/SRN

0241-6607-0632-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Benedict Eiynk

and bring him or her forthwith to the nearest magistrate judge to answer a(n) order

charging him or her with failure to appear on May 16, 2002, at 9:00 a.m. pursuant to an order for debtor's

examination

Ordered by Magistrate J. Earl Cudd, United States District Court .

(By) Julie Rustad, Deputy Clerk

May 21, 2002- Mpls, Minnesota

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 7-1-04
RETURNED UNEXECUTED per Order Dismissing
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Labuente

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

SCANNED
JUL 08 2004
U.S. DISTRICT COURT MPLS