PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-JAN-2005 FOR: 2001Z00400/001 PAGE: 1 OF 3

DEBTOR: Eiynk, Benedict
COURT NUMBER: 01-1818 DSD/SRN
CURRENT LIABILITY BALANCE: $23,622.05

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | WC | 12-AUG-2002 | OT/J | TOPS | | 200231 | $622.36 | 12-AUG-2002 | $28,952.56 |
| 0013 | PMNT | WC | 20-JAN-2004 | GR/G | The Trane Company | MN /04/077 | 770495 | $78.07 | 20-JAN-2004 | $29,862.74 |
| 0014 | PMNT | WC | 23-JAN-2004 | GR/G | The Trane Company | MN /04/080 | 759913 | $222.01 | 23-JAN-2004 | $29,646.49 |
| 0015 | PMNT | WC | 23-JAN-2004 | GR/G | The Trane Company | MN /04/080 | 764079 | $253.07 | 23-JAN-2004 | $29,393.42 |
| 0016 | PMNT | WC | 02-FEB-2004 | GR/G | The Trane Company | MN /04/086 | 776789 | $281.26 | 02-FEB-2004 | $29,131.03 |
| 0017 | PMNT | WC | 17-FEB-2004 | GR/G | TRANE CO. | MN /04/097 | 783068 | $247.34 | 17-FEB-2004 | $28,911.75 |
| 0018 | PMNT | WC | 01-MAR-2004 | GR/G | Trane | MN /04/107 | 788520 | $247.34 | 01-MAR-2004 | $28,688.54 |
| 0019 | PMNT | WC | 15-MAR-2004 | GR/G | The Trane Company | MN /04/116 | 794604 | $251.69 | 15-MAR-2004 | $28,462.64 |
| 0020 | PMNT | WC | 29-MAR-2004 | GR/G | TRANE CO | MN /04/126 | 799482 | $251.69 | 29-MAR-2004 | $28,236.54 |
| 0021 | PMNT | WC | 12-APR-2004 | GR/G | TRANE CO | MN /04/136 | 804490 | $251.69 | 12-APR-2004 | $28,010.23 |
| 0022 | PMNT | WC | 26-APR-2004 | GR/G | The Trane Co | MN /04/146 | 81039 | $270.02 | 26-APR-2004 | $27,765.39 |
| 0023 | PMNT | WC | 10-MAY-2004 | GR/G | TRANE CO | MN /04/156 | 817525 | $251.69 | 10-MAY-2004 | $27,538.66 |
| 0024 | PMNT | WC | 24-MAY-2004 | GR/G | TRANE CO | MN /04/166 | 822630 | $251.69 | 24-MAY-2004 | $27,311.72 |
| 0025 | PMNT | WC | 07-JUN-2004 | GR/G | TRANE CO | MN /04/174 | 828616 | $251.69 | 07-JUN-2004 | $27,084.58 |
| 0026 | PMNT | WC | 21-JUN-2004 | GR/G | TRANE COMPANY | MN /04/183 | 834033 | $251.69 | 21-JUN-2004 | $26,857.24 |
| 0027 | PMNT | WC | 06-JUL-2004 | GR/G | Trane Company | MN /04/193 | 839472 | $251.69 | 06-JUL-2004 | $26,631.42 |
| 0028 | PMNT | WC | 19-JUL-2004 | GR/G | Trane | MN /04/205 | 844859 | $251.69 | 19-JUL-2004 | $26,401.96 |
| 0029 | PMNT | WC | 02-AUG-2004 | GR/G | The Trane Co | MN /04/215 | 851055 | $288.35 | 02-AUG-2004 | $26,137.34 |
| 0030 | PMNT | WC | 16-AUG-2004 | GR/G | The Trane Company | MN /04/225 | 857703 | $251.69 | 16-AUG-2004 | $25,909.15 |
| 0034 | PMNT | WC | 30-AUG-2004 | GR/G | TRANE CO | MN /04/235 | 863123 | $251.69 | 30-AUG-2004 | $25,680.75 |
| 0035 | PMNT | WC | 13-SEP-2004 | GR/G | TRANE COMPANY | MN /04/244 | 869124 | $251.69 | 13-SEP-2004 | $25,452.14 |
| 0036 | PMNT | WC | 27-SEP-2004 | GR/G | TRANE CO | MN /04/254 | 875423 | $251.69 | 27-SEP-2004 | $25,223.33 |
| 0037 | PMNT | WC | 12-OCT-2004 | GR/G | Trane Company | MN /05/007 | 880519 | $251.69 | 12-OCT-2004 | $24,995.93 |
| 0038 | PMNT | WC | 25-OCT-2004 | GR/G | TRANE CO. | MN /05/016 | 886539 | $251.69 | 25-OCT-2004 | $24,765.10 |
| 0039 | PMNT | WC | 08-NOV-2004 | GR/G | TRANE CO | MN /05/024 | 893286 | $251.69 | 08-NOV-2004 | $24,535.67 |
| 0040 | PMNT | WC | 22-NOV-2004 | GR/G | TRANE CO | MN /05/032 | 899287 | $251.69 | 22-NOV-2004 | $24,306.04 |
| 0042 | PMNT | WC | 06-DEC-2004 | GR/G | TRANE CO | MN /05/041 | 907195 | $251.69 | 06-DEC-2004 | $24,076.21 |
| 0043 | PMNT | WC | 20-DEC-2004 | GR/G | The Trane Company | MN /05/050 | 911112 | $251.69 | 20-DEC-2004 | $23,846.16 |
| 0044 | PMNT | WC | 06-JAN-2005 | GR/G | The Trane Co | MN /05/060 | 917104 | $250.16 | 06-JAN-2005 | $23,622.05 |

Total Payments for Debtor: $7,542.09