PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-JAN-2005 FOR: 2001Z00400/002 PAGE: 1 OF 2

DEBTOR: Eiynk, Benedict
COURT NUMBER: 01-1818 DSD/SRN PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 20-JAN-2004 | GR/G | The Trane Company | MN /04/077 | 770495 | $85.00 | 20-JAN-2004 | $0.00 |

Total Payments for Debtor: $85.00