CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,<br>
Plaintiff,<br>
v.<br>
BENEDICT EIYNK,<br>
Defendant.

CIVIL NO. 01-1818 DSD/SRN

I hereby certify that on 1/13/05, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Trane<br>
XXXX XXXXX XXXX XXXXXXX<br>
St. Paul, MN 55110

Benedict Eiynk<br>
XXX XXXXXXX XXXXX<br>
New Brighton, MN 55112

s/Stacey E. Kulevich<br>
STACEY E. KULEVICH