PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 17-JAN-2006 FOR: 2001Z00400/001 PAGE: 1 OF 3

DEBTOR: Eiynk, Benedict
COURT NUMBER: 01-1818 DSD/SRN
CURRENT LIABILITY BALANCE: $17,156.61

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | WC | 12-AUG-2002 | OT/J | TOPS | | 200231 | | $622.36 | 12-AUG-2002 |
| 0013 | PMNT | WC | 20-JAN-2004 | GR/G | The Trane Company | MN /04/077 | 770495 | | $78.07 | 20-JAN-2004 |
| 0014 | PMNT | WC | 23-JAN-2004 | GR/G | The Trane Company | MN /04/080 | 759913 | | $222.01 | 23-JAN-2004 |
| 0015 | PMNT | WC | 23-JAN-2004 | GR/G | The Trane Company | MN /04/080 | 764079 | | $253.07 | 23-JAN-2004 |
| 0016 | PMNT | WC | 02-FEB-2004 | GR/G | The Trane Company | MN /04/086 | 776789 | | $281.26 | 02-FEB-2004 |
| 0017 | PMNT | WC | 17-FEB-2004 | GR/G | TRANE CO. | MN /04/097 | 783068 | | $247.34 | 17-FEB-2004 |
| 0018 | PMNT | WC | 01-MAR-2004 | GR/G | Trane | MN /04/107 | 788520 | | $247.34 | 01-MAR-2004 |
| 0019 | PMNT | WC | 15-MAR-2004 | GR/G | The Trane Company | MN /04/116 | 794604 | | $251.69 | 15-MAR-2004 |
| 0020 | PMNT | WC | 29-MAR-2004 | GR/G | TRANE CO | MN /04/126 | 799482 | | $251.69 | 29-MAR-2004 |
| 0021 | PMNT | WC | 12-APR-2004 | GR/G | TRANE CO | MN /04/136 | 804490 | | $251.69 | 12-APR-2004 |
| 0022 | PMNT | WC | 26-APR-2004 | GR/G | The Trane Co | MN /04/146 | 81039 | | $270.02 | 26-APR-2004 |
| 0023 | PMNT | WC | 10-MAY-2004 | GR/G | TRANE CO | MN /04/156 | 817525 | | $251.69 | 10-MAY-2004 |
| 0024 | PMNT | WC | 24-MAY-2004 | GR/G | TRANE CO | MN /04/166 | 822630 | | $251.69 | 24-MAY-2004 |
| 0025 | PMNT | WC | 07-JUN-2004 | GR/G | TRANE CO | MN /04/174 | 828616 | | $251.69 | 07-JUN-2004 |
| 0026 | PMNT | WC | 21-JUN-2004 | GR/G | TRANE COMPANY | MN /04/183 | 834033 | | $251.69 | 21-JUN-2004 |
| 0027 | PMNT | WC | 06-JUL-2004 | GR/G | Trane Company | MN /04/193 | 839472 | | $251.69 | 06-JUL-2004 |
| 0028 | PMNT | WC | 19-JUL-2004 | GR/G | Trane | MN /04/205 | 844859 | | $251.69 | 19-JUL-2004 |
| 0029 | PMNT | WC | 02-AUG-2004 | GR/G | The Trane Co | MN /04/215 | 851055 | | $288.35 | 02-AUG-2004 |
| 0030 | PMNT | WC | 16-AUG-2004 | GR/G | The Trane Company | MN /04/225 | 857703 | | $251.69 | 16-AUG-2004 |
| 0034 | PMNT | WC | 30-AUG-2004 | GR/G | TRANE CO | MN /04/235 | 863123 | | $251.69 | 30-AUG-2004 |
| 0035 | PMNT | WC | 13-SEP-2004 | GR/G | TRANE COMPANY | MN /04/244 | 869124 | | $251.69 | 13-SEP-2004 |
| 0036 | PMNT | WC | 27-SEP-2004 | GR/G | TRANE CO | MN /04/254 | 875423 | | $251.69 | 27-SEP-2004 |
| 0037 | PMNT | WC | 12-OCT-2004 | GR/G | Trane Company | MN /05/007 | 880519 | | $251.69 | 12-OCT-2004 |
| 0038 | PMNT | WC | 25-OCT-2004 | GR/G | TRANE CO. | MN /05/016 | 886539 | | $251.69 | 25-OCT-2004 |
| 0039 | PMNT | WC | 08-NOV-2004 | GR/G | TRANE CO | MN /05/024 | 893286 | | $251.69 | 08-NOV-2004 |
| 0040 | PMNT | WC | 22-NOV-2004 | GR/G | TRANE CO | MN /05/032 | 899287 | | $251.69 | 22-NOV-2004 |
| 0042 | PMNT | WC | 06-DEC-2004 | GR/G | TRANE CO | MN /05/041 | 907195 | | $251.69 | 06-DEC-2004 |
| 0043 | PMNT | WC | 20-DEC-2004 | GR/G | The Trane Company | MN /05/050 | 911112 | | $251.69 | 20-DEC-2004 |
| 0044 | PMNT | WC | 06-JAN-2005 | GR/G | The Trane Co | MN /05/060 | 917104 | | $250.16 | 06-JAN-2005 |
| 0045 | PMNT | WC | 18-JAN-2005 | GR/G | Trane Company | MN /05/067 | 923030 | | $253.19 | 18-JAN-2005 |
| 0047 | PMNT | T | 31-JAN-2005 | GR/G | The Trane Co | MN /05/075 | 930010 | | $25.00 | 31-JAN-2005 |
| 0047 | PMNT | WC | 31-JAN-2005 | GR/G | The Trane Co | MN /05/075 | 930010 | | $228.19 | 31-JAN-2005 |
| 0048 | PMNT | WC | 14-FEB-2005 | GR/G | Trane Co | MN /05/085 | 936986 | | $253.19 | 14-FEB-2005 |
| 0049 | PMNT | WC | 28-FEB-2005 | GR/G | The Trane Company | MN /05/094 | 942390 | | $253.19 | 28-FEB-2005 |
| 0050 | PMNT | WC | 14-MAR-2005 | GR/G | The Trane Co | MN /05/104 | 948695 | | $258.76 | 14-MAR-2005 |
| 0051 | PMNT | WC | 28-MAR-2005 | GR/G | The Trane Co | MN /05/113 | 955320 | | $258.76 | 28-MAR-2005 |
| 0052 | PMNT | WC | 11-APR-2005 | GR/G | The Trane Co | MN /05/123 | 961859 | | $258.76 | 11-APR-2005 |
| 0053 | PMNT | WC | 29-APR-2005 | GR/G | The Trane Co. | MN /05/134 | 970559 | | $258.76 | 29-APR-2005 |
| 0054 | PMNT | WC | 09-MAY-2005 | GR/G | The Trane Co. | MN /05/140 | 975487 | | $258.76 | 09-MAY-2005 |
| 0055 | PMNT | WC | 23-MAY-2005 | GR/G | The Trane Company | MN /05/151 | 982011 | | $258.76 | 23-MAY-2005 |
| 0056 | PMNT | WC | 06-JUN-2005 | GR/G | The Trane Company | MN /05/160 | 988638 | | $258.76 | 06-JUN-2005 |
| 0057 | PMNT | WC | 20-JUN-2005 | GR/G | The Trane Co | MN /05/170 | 995205 | | $258.76 | 20-JUN-2005 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0058 | PMNT | WC | 05-JUL-2005 | GR/G | The Trane Company | MN | /05/180 | 1002392 | $258.76 | 05-JUL-2005 |
| 0059 | PMNT | WC | 18-JUL-2005 | GR/G | The Trane Co. | MN | /05/188 | 1008156 | $258.76 | 18-JUL-2005 |
| 0060 | PMNT | WC | 01-AUG-2005 | GR/G | TRANE COMPANY | MN | /05/199 | 1015721 | $258.76 | 01-AUG-2005 |
| 0061 | PMNT | WC | 15-AUG-2005 | GR/G | The Trane Company | MN | /05/210 | 1023520 | $258.76 | 15-AUG-2005 |
| 0062 | PMNT | WC | 29-AUG-2005 | GR/G | TRANE CO | MN | /05/218 | 1028395 | $258.76 | 29-AUG-2005 |
| 0063 | PMNT | WC | 12-SEP-2005 | GR/G | TRANE CO | MN | /05/228 | 1033852 | $258.76 | 12-SEP-2005 |
| 0064 | PMNT | WC | 26-SEP-2005 | GR/G | The Trane Co | MN | /05/238 | 1039855 | $258.76 | 26-SEP-2005 |
| 0065 | PMNT | WC | 11-OCT-2005 | GR/G | The Trane Company | MN | /06/006 | 1045804 | $258.76 | 11-OCT-2005 |
| 0066 | PMNT | WC | 24-OCT-2005 | GR/G | The Trane Company | MN | /06/015 | 1051615 | $258.76 | 24-OCT-2005 |
| 0067 | PMNT | WC | 10-NOV-2005 | GR/G | The Trane Company | MN | /06/026 | 1057161 | $258.76 | 10-NOV-2005 |
| 0068 | PMNT | WC | 21-NOV-2005 | GR/G | Trane Company | MN | /06/032 | 1065720 | $258.76 | 21-NOV-2005 |
| 0070 | PMNT | WC | 05-DEC-2005 | GR/G | The Trane Company | MN | /06/043 | 1070979 | $258.76 | 05-DEC-2005 |
| 0071 | PMNT | WC | 22-DEC-2005 | GR/G | The Trane Company | MN | /06/055 | 1076722 | $258.76 | 22-DEC-2005 |
| 0072 | PMNT | WC | 03-JAN-2006 | GR/G | TRANE CO | MN | /06/062 | 1079391 | $258.76 | 03-JAN-2006 |
| 0073 | PMNT | WC | 17-JAN-2006 | GR/G | TRANE CO | MN | /06/073 | 1085859 | $281.89 | 17-JAN-2006 |
| | | | | | | | | Total Payments for Debtor: | $14,529.46 | |