UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court No. 01-1818 DSD/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENEDICT EIYNK,<br><br>Defendant,<br><br>TRANE,<br><br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Benedict Eiynk, the judgment debtor, and
Trane, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Benedict Eiynk.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about November 26, 2003. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about December 8, 2003. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

Pursuant to the Writ of Garnishment, the garnishee has withheld the sums reflected on the attached payment history.

Dated: January 18, 2007

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600