# United States Department of Justice
# Consolidated Debt Collection System

## Single Liability Payment History

**Report Level:** MN  **For Report Parameters:** 2001B19820 ,001 ,947877  **Report Date:** 01/08/2008

## PAYMENTS

**CDCS NBR** 2001B19820/001 **Name** Eiynk, Benedict **Collect Type** WC **Court Nbr** 01-1818 DSD/SRN **Priority Code** **Scheduled Payment Amount** **Scheduled Payment Date** **Current Liability** $3,841.39

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | 08/12/2002 | OT | J | TOPS | | 200231 | | 08/12/2002 | $622.36 |
| 0013 | PMNT | 01/20/2004 | GR | G | The Trane Company | MN /04/077 | 770495 | | 01/20/2004 | $78.07 |
| 0014 | PMNT | 01/23/2004 | GR | G | The Trane Company | MN /04/080 | 759913 | | 01/23/2004 | $222.01 |
| 0015 | PMNT | 01/23/2004 | GR | G | The Trane Company | MN /04/080 | 764079 | | 01/23/2004 | $253.07 |
| 0016 | PMNT | 02/02/2004 | GR | G | The Trane Company | MN /04/086 | 776789 | | 02/02/2004 | $281.26 |
| 0017 | PMNT | 02/17/2004 | GR | G | TRANE CO. | MN /04/097 | 783068 | | 02/17/2004 | $247.34 |
| 0018 | PMNT | 03/01/2004 | GR | G | Trane | MN /04/107 | 788520 | | 03/01/2004 | $247.34 |
| 0019 | PMNT | 03/15/2004 | GR | G | The Trane Company | MN /04/116 | 794604 | | 03/15/2004 | $251.69 |
| 0020 | PMNT | 03/29/2004 | GR | G | TRANE CO | MN /04/126 | 799482 | | 03/29/2004 | $251.69 |
| 0021 | PMNT | 04/12/2004 | GR | G | TRANE CO | MN /04/136 | 804490 | | 04/12/2004 | $251.69 |
| 0022 | PMNT | 04/26/2004 | GR | G | The Trane Co | MN /04/146 | 81039 | | 04/26/2004 | $270.02 |
| 0023 | PMNT | 05/10/2004 | GR | G | TRANE CO | MN /04/156 | 817525 | | 05/10/2004 | $251.69 |
| 0024 | PMNT | 05/24/2004 | GR | G | TRANE CO | MN /04/166 | 822630 | | 05/24/2004 | $251.69 |
| 0025 | PMNT | 06/07/2004 | GR | G | TRANE CO | MN /04/174 | 828616 | | 06/07/2004 | $251.69 |
| 0026 | PMNT | 06/21/2004 | GR | G | TRANE COMPANY | MN /04/183 | 834033 | | 06/21/2004 | $251.69 |
| 0027 | PMNT | 07/06/2004 | GR | G | Trane Company | MN /04/193 | 839472 | | 07/06/2004 | $251.69 |
| 0028 | PMNT | 07/19/2004 | GR | G | Trane | MN | 844859 | | 07/19/2004 | $251.69 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2001B19820 , 001 , 947877

**Report Date:** 01/08/2008

| **CDCS NBR** | 2001B19820/001 | **Name** | Eiynk, Benedict | **Collect Type** | WC | **Court Nbr** | 01-1818 DSD/SRN | **Priority Code** | | **Scheduled Payment Amount** | | **Scheduled Payment Date** | | **Current Liability** | $3,841.39 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0029 | PMNT | 08/02/2004 | GR | G | The Trane Co | /04/205<br>MN | 851055 | | 08/02/2004 | $288.35 |
| 0030 | PMNT | 08/16/2004 | GR | G | The Trane Company | /04/215<br>MN | 857703 | | 08/16/2004 | $251.69 |
| 0034 | PMNT | 08/30/2004 | GR | G | TRANE CO | /04/225<br>MN | 863123 | | 08/30/2004 | $251.69 |
| 0035 | PMNT | 09/13/2004 | GR | G | TRANE COMPANY | /04/235<br>MN | 869124 | | 09/13/2004 | $251.69 |
| 0036 | PMNT | 09/27/2004 | GR | G | TRANE CO | /04/244<br>MN | 875423 | | 09/27/2004 | $251.69 |
| 0037 | PMNT | 10/12/2004 | GR | G | Trane Company | /04/254<br>MN | 880519 | | 10/12/2004 | $251.69 |
| 0038 | PMNT | 10/25/2004 | GR | G | TRANE CO. | /05/007<br>MN | 886539 | | 10/25/2004 | $251.69 |
| 0039 | PMNT | 11/08/2004 | GR | G | TRANE CO | /05/016<br>MN | 893286 | | 11/08/2004 | $251.69 |
| 0040 | PMNT | 11/22/2004 | GR | G | TRANE CO | /05/024<br>MN | 899287 | | 11/22/2004 | $251.69 |
| 0042 | PMNT | 12/06/2004 | GR | G | TRANE CO | /05/032<br>MN | 907195 | | 12/06/2004 | $251.69 |
| 0043 | PMNT | 12/20/2004 | GR | G | The Trane Company | /05/041<br>MN | 911112 | | 12/20/2004 | $251.69 |
| 0044 | PMNT | 01/06/2005 | GR | G | The Trane Co | /05/050<br>MN | 917104 | | 01/06/2005 | $250.16 |
| 0045 | PMNT | 01/18/2005 | GR | G | Trane Company | /05/060<br>MN | 923030 | | 01/18/2005 | $253.19 |
| 0047 | PMNT | 01/31/2005 | GR | G | The Trane Co | /05/067<br>MN | 930010 | | 01/31/2005 | $253.19 |
| 0048 | PMNT | 02/14/2005 | GR | G | Trane Co | /05/075<br>MN | 936986 | | 02/14/2005 | $253.19 |
| 0049 | PMNT | 02/28/2005 | GR | G | The Trane Company | /05/085<br>MN | 942390 | | 02/28/2005 | $253.19 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2001B19820 ,001 ,947877

**Report Date:** 01/08/2008

| **CDCS NBR** | 2001B19820/001 | **Name** | Eiynk, Benedict | **Collect Type** | WC | **Court Nbr** | 01-1818 DSD/SRN | **Priority Code** | | **Scheduled Payment Amount** | | **Scheduled Payment Date** | | **Current Liability** | $3,841.39 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | /05/094 | | | | |
| 0050 | PMNT | 03/14/2005 | GR | G | The Trane Co | MN /05/104 | 948695 | | 03/14/2005 | $258.76 |
| 0051 | PMNT | 03/28/2005 | GR | G | The Trane Co | MN /05/113 | 955320 | | 03/28/2005 | $258.76 |
| 0052 | PMNT | 04/11/2005 | GR | G | The Trane Co | MN /05/123 | 961859 | | 04/11/2005 | $258.76 |
| 0053 | PMNT | 04/29/2005 | GR | G | The Trane Co. | MN /05/134 | 970559 | | 04/29/2005 | $258.76 |
| 0054 | PMNT | 05/09/2005 | GR | G | The Trane Co. | MN /05/140 | 975487 | | 05/09/2005 | $258.76 |
| 0055 | PMNT | 05/23/2005 | GR | G | The Trane Company | MN /05/151 | 982011 | | 05/23/2005 | $258.76 |
| 0056 | PMNT | 06/06/2005 | GR | G | The Trane Company | MN /05/160 | 988638 | | 06/06/2005 | $258.76 |
| 0057 | PMNT | 06/20/2005 | GR | G | The Trane Co | MN /05/170 | 995205 | | 06/20/2005 | $258.76 |
| 0058 | PMNT | 07/05/2005 | GR | G | The Trane Company | MN /05/180 | 1002392 | | 07/05/2005 | $258.76 |
| 0059 | PMNT | 07/18/2005 | GR | G | The Trane Co. | MN /05/188 | 1008156 | | 07/18/2005 | $258.76 |
| 0060 | PMNT | 08/01/2005 | GR | G | TRANE COMPANY | MN /05/199 | 1015721 | | 08/01/2005 | $258.76 |
| 0061 | PMNT | 08/15/2005 | GR | G | The Trane Company | MN /05/210 | 1023520 | | 08/15/2005 | $258.76 |
| 0062 | PMNT | 08/29/2005 | GR | G | TRANE CO | MN /05/218 | 1028395 | | 08/29/2005 | $258.76 |
| 0063 | PMNT | 09/12/2005 | GR | G | TRANE CO | MN /05/228 | 1033852 | | 09/12/2005 | $258.76 |
| 0064 | PMNT | 09/26/2005 | GR | G | The Trane Co | MN /05/238 | 1039855 | | 09/26/2005 | $258.76 |
| 0065 | PMNT | 10/11/2005 | GR | G | The Trane Company | MN | 1045804 | | 10/11/2005 | $258.76 |

**United States Department of Justice**
**Consolidated Debt Collection System**
**Single Liability Payment History**

**Report Level:** MN

**For Report Parameters:** 2001B19820 , 001 , 947877

**Report Date:** 01/08/2008

| **CDCS NBR** | | **Name** | | **Collect Type** | | **Court Nbr** | | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001B19820/001 | | Eiynk, Benedict | | WC | | 01-1818 DSD/SRN | | | | | $3,841.39 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | /06/006 | | | | |
| 0066 | PMNT | 10/24/2005 | GR | G | The Trane Company | MN /06/015 | 1051615 | | 10/24/2005 | $258.76 |
| 0067 | PMNT | 11/10/2005 | GR | G | The Trane Company | MN /06/026 | 1057161 | | 11/10/2005 | $258.76 |
| 0068 | PMNT | 11/21/2005 | GR | G | Trane Company | MN /06/032 | 1065720 | | 11/21/2005 | $258.76 |
| 0070 | PMNT | 12/05/2005 | GR | G | The Trane Company | MN /06/043 | 1070979 | | 12/05/2005 | $258.76 |
| 0071 | PMNT | 12/22/2005 | GR | G | The Trane Company | MN /06/055 | 1076722 | | 12/22/2005 | $258.76 |
| 0072 | PMNT | 01/03/2006 | GR | G | TRANE CO | MN /06/062 | 1079391 | | 01/03/2006 | $258.76 |
| 0073 | PMNT | 01/17/2006 | GR | G | TRANE CO | MN /06/073 | 1085859 | | 01/17/2006 | $281.89 |
| 0074 | PMNT | 01/30/2006 | GR | G | TRANE COMPANY | MN /06/081 | 1091477 | | 01/30/2006 | $281.90 |
| 0075 | PMNT | 02/17/2006 | GR | G | TRANE COMPANY | MN /06/096 | 1098949 | | 02/17/2006 | $281.90 |
| 0076 | PMNT | 03/03/2006 | GR | G | TRANE CO | MN /06/106 | 1104179 | | 03/03/2006 | $289.43 |
| 0077 | PMNT | 03/17/2006 | GR | G | The Trane Company | MN /06/116 | 1111600 | | 03/17/2006 | $289.43 |
| 0078 | PMNT | 04/10/2006 | GR | G | The Trane Company | MN /06/132 | 1118731 | | 04/10/2006 | $289.43 |
| 0079 | PMNT | 04/17/2006 | GR | G | The Trane Co | MN /06/138 | 1123044 | | 04/17/2006 | $289.43 |
| 0080 | PMNT | 05/01/2006 | GR | G | The Trane Co | MN /06/147 | 1128861 | | 05/01/2006 | $289.43 |
| 0081 | PMNT | 05/15/2006 | GR | G | The Trane Co. | MN /06/157 | 1134886 | | 05/15/2006 | $289.43 |
| 0082 | PMNT | 06/09/2006 | GR | G | The Trane Co | MN | 1143510 | | 06/09/2006 | $289.43 |

**United States Department of Justice**

**Consolidated Debt Collection System**

**Single Liability Payment History**

**Report Level:** MN

**For Report Parameters:** 2001B19820 ,001 ,947877

**Report Date:** 01/08/2008

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|
| 2001B19820/001 | Eiynk, Benedict | WC | 01-1818 DSD/SRN | | | | $3,841.39 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0083 | PMNT | 06/19/2006 | GR | G | The Trane Co. | /06/173 MN | 1148860 | | 06/19/2006 | $289.43 |
| 0084 | PMNT | 07/03/2006 | GR | G | The Trane Co | /06/178 MN | 1152457 | | 07/03/2006 | $289.43 |
| 0085 | PMNT | 07/17/2006 | GR | G | The Trane Co | /06/187 MN | 1157387 | | 07/17/2006 | $289.43 |
| 0086 | PMNT | 07/31/2006 | GR | G | The Trane Company | /06/196 MN | 1162870 | | 07/31/2006 | $289.43 |
| 0087 | PMNT | 08/21/2006 | CH | Y | The Trane Company | /06/206 MN | 1169486 | | 08/21/2006 | $289.43 |
| 0088 | PMNT | 09/05/2006 | GR | G | The Trane Company | /06/218 MN | 1175896 | | 09/05/2006 | $289.43 |
| 0089 | PMNT | 09/18/2006 | GR | G | The Trane Company | /06/228 MN | 1180396 | | 09/18/2006 | $289.43 |
| 0092 | PMNT | 10/02/2006 | GR | G | Trane Company | /06/236 MN | 1185914 | | 10/02/2006 | $289.43 |
| 0093 | PMNT | 10/16/2006 | GR | G | Trane Company | /07/001 MN | 1191373 | | 10/16/2006 | $289.43 |
| 0094 | PMNT | 10/30/2006 | GR | G | The Trane Company | /07/011 MN | 1197430 | | 10/30/2006 | $289.43 |
| 0095 | PMNT | 11/20/2006 | GR | G | The Trane Company | /07/021 MN | 1203809 | | 11/20/2006 | $289.43 |
| 0097 | PMNT | 12/04/2006 | GR | G | THE TRANE CO | /07/034 MN | 1209068 | | 12/04/2006 | $289.43 |
| 0098 | PMNT | 12/18/2006 | GR | G | The Trane Co | /07/043 MN | 1213958 | | 12/18/2006 | $289.43 |
| 0099 | PMNT | 01/03/2007 | GR | G | THE TRANE COMPANY | /07/050 MN | 1218189 | | 01/03/2007 | $289.43 |
| 0100 | PMNT | 01/16/2007 | GR | G | TRANE CO | /07/057 MN | 1222894 | | 01/16/2007 | $291.11 |
| 0101 | PMNT | 02/05/2007 | GR | G | Trane Company | /07/065 MN | 1229889 | | 02/05/2007 | $291.11 |

**United States Department of Justice**
**Consolidated Debt Collection System**
**Single Liability Payment History**

**Report Level:** MN

**For Report Parameters:** 2001B19820 ,001 ,947877

**Report Date:** 01/08/2008

| CDCS NBR | | Name | | Collect Type | | Court Nbr | | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001B19820/001 | | Eiynk, Benedict | | WC | | 01-1818 DSD/SRN | | | | | $3,841.39 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | /07/076 | | | | |
| 0102 | PMNT | 02/20/2007 | GR | G | The Trane Co. | MN /07/084 | 1234549 | | 02/20/2007 | $291.11 |
| 0103 | PMNT | 03/01/2007 | CH | Y | The Trane Co | MN /07/091 | 1238252 | | 03/01/2007 | $298.65 |
| 0104 | PMNT | 03/19/2007 | GR | G | The Trane Company | MN /07/100 | 1243282 | | 03/19/2007 | $301.42 |
| 0105 | PMNT | 04/02/2007 | GR | G | The Trane Co. | MN /07/108 | 1248019 | | 04/02/2007 | $301.42 |
| 0106 | PMNT | 04/16/2007 | GR | G | The Trane Co | MN /07/118 | 1252807 | | 04/16/2007 | $301.42 |
| 0107 | PMNT | 04/30/2007 | GR | G | The Trane Co. | MN /07/126 | 1258281 | | 04/30/2007 | $301.42 |
| 0108 | PMNT | 05/21/2007 | GR | G | The Trane Co. | MN /07/138 | 1264435 | | 05/21/2007 | $301.42 |
| 0109 | PMNT | 06/04/2007 | GR | G | The Trane Co. | MN /07/144 | 1270077 | | 06/04/2007 | $301.47 |
| 0110 | PMNT | 06/18/2007 | GR | G | TRANE COMPANY | MN /07/152 | 1274941 | | 06/18/2007 | $301.47 |
| 0111 | PMNT | 07/02/2007 | GR | G | TRANE CO | MN /07/159 | 1280363 | | 07/02/2007 | $301.47 |
| 0112 | PMNT | 07/16/2007 | GR | G | TRANE COMPANY | MN /07/165 | 1283996 | | 07/16/2007 | $298.72 |
| 0113 | PMNT | 08/06/2007 | GR | G | TRANE CO | MN /07/176 | 1290159 | | 08/06/2007 | $298.72 |
| 0114 | PMNT | 08/17/2007 | GR | G | TRANE COMPANY | MN /07/183 | 1294655 | | 08/17/2007 | $298.72 |
| 0115 | PMNT | 09/04/2007 | GR | G | The Trane Co | MN /07/189 | 1300263 | | 09/04/2007 | $298.71 |
| 0116 | PMNT | 09/17/2007 | GR | G | The Trane Co. | MN /07/196 | 1304204 | | 09/17/2007 | $298.72 |
| 000119 | PMNT | 10/09/2007 | GR | G | The Trane Company | | 1309007 | | 10/16/2007 | $298.71 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2001B19820 ,001 ,947877

**Report Date:** 01/08/2008

| **CDCS NBR** | | **Name** | | **Collect Type** | | **Court Nbr** | | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001B19820/001 | | Eiynk, Benedict | | WC | | 01-1818 DSD/SRN | | | | | | $3,841.39 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000121 | PMNT | 10/16/2007 | GR | G | The Trane Co. | MN2008001 | 1313993 | | 10/23/2007 | $298.72 |
| 000123 | PMNT | 11/02/2007 | GR | G | The Trane Company | MN2008005 | 1319919 | | 11/09/2007 | $298.72 |
| 000127 | PMNT | 11/16/2007 | GR | G | The Trane Company | MN2008014 | 1324029 | | 11/21/2007 | $298.71 |
| 000132 | PMNT | 12/03/2007 | GR | G | TRANE | MN2008020 | 1328346 | | 12/11/2007 | $298.72 |
| 000134 | PMNT | 12/18/2007 | GR | G | The Trane Co | MN2008027 | 1333242 | | 12/26/2007 | $298.72 |
| 000136 | PMNT | 12/31/2007 | GR | G | Trane Inc | MN2008036 | 1337344 | | 01/07/2008 | $298.72 |
| | | | | | | MN2008042 | | | | |
| Total | | | | | | | | | | $28,339.39 |

**United States Department of Justice**
**Consolidated Debt Collection System**

**Single Liability Payment History**

**Report Level:** MN

**For Report Parameters:** 2001B19820 ,001 ,947877

**Report Date:** 01/08/2008

## REVERSALS

| **CDCS Nbr** | 2001B19820 /001 | **Name** | Eiynk, Benedict | **Collect Type** | WC | **Court Nbr** | 01-1818 DSD/SRN | **Priority Code** | | **Scheduled Payment Amou** | | **Scheduled Payment** | | **Current Liability** | 3841.39 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | BOP Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0090 | PMNT | 10/02/2006 | GR | G | Trane Company | MN /06/245 | 1185914 | | 10/02/2006 | 289.43 |
| 000125 | PMNT | 11/20/2007 | AG | | | | 4029 | | 11/21/2007 | 298.71 |
| Total | | | | | | | | | 588.14 | |